**STATE of Missouri, Respondent,**

v.

**Edward D. MOSS, Appellant.**

**No. WD 53164.**

Missouri Court of Appeals, Western District.

Oct. 28, 1997.

Irene Karns, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., David R. Truman, Asst. Atty. Gen., Jefferson City, for Respondent.

Before EDWIN H. SMITH, P.J., and BERREY and ELLIS, JJ.

---

## ORDER

PER CURIAM:

Edward D. Moss appeals from the judgment entered upon his conviction by jury of first degree robbery, § 569.020, RSMo 1994.

Judgment affirmed. Rule 30.25(b).